IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS LORENZO ARMENTERO,

    Plaintiff,               No. CIV S-06-1838 GEB KJM P

   vs.

C. LEVAN, et al.,

    Defendants.        <u>ORDER</u>

_____/

      Defendants have requested a retroactive extension of time to file their motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Defendants' January 7, 2008 request for a retroactive extension of time is granted; and

      2. Defendants' January 7, 2008 motion for summary judgment [# 26] is deemed timely.

DATED: January 17, 2008.

                                      U.S. MAGISTRATE JUDGE

/bb
arme1838.36