1
2
3
4
5
6
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10    LUIS LORENZO ARMENTERO,

11            Plaintiff,                    No. CIV S-06-1838 GEB KJM P

12        vs.

13    C. LEVAN, et al.,

14            Defendants.                    <u>ORDER</u>

15    _____/

16            In light of the pending motion for summary judgment, the remaining dates in the

17    scheduling order (docket no. 16)–those for filing pretrial statements, pretrial conference and

18    trial–are hereby vacated, to be reset if necessary after resolution of the dispositive motion.

19            Defendants' motion for summary judgment was filed on January 7, 2008; plaintiff

20    has not filed his opposition to the motion.  Local Rule 78-230(m) provides in part:  "Failure of

21    the responding party to file written opposition or to file a statement of no opposition may be

22    deemed a waiver of any opposition to the granting of the motion . . . ."  On May 7, 2007, plaintiff

23    was advised of the requirements for filing an opposition to the motion and that failure to oppose

24    such a motion may be deemed a waiver of opposition to the motion.

25            Local Rule 11-110 provides that failure to comply with the Local Rules "may be

26    grounds for imposition of any and all sanctions authorized by statute or Rule or within the

1   inherent power of the Court."  In the order filed May 7, 2007, plaintiff was advised

2   that failure to comply with the Local Rules may result in a recommendation that the action be

3   dismissed.

4              On February 1, 2008, plaintiff  informed the court that he is attempting to contact

5   his witnesses, but did not explicitly request an extension of time in which to file his opposition to

6   the motion for summary judgment.  In light of the provisions of the Local Rules cited above,

7   plaintiff is cautioned that failure to file his opposition or non-opposition to the motion for

8   summary judgment within thirty days of the date of this order will result in a recommendation

9   that the action be dismissed.

10             IT IS THEREFORE ORDERED that:

11             1.  The remaining dates in the scheduling order (docket no. 16) are hereby

12  vacated; and

13             2.  Plaintiff is directed to file his opposition or statement of non-opposition to

14  defendants' motion for summary judgment within thirty days of the date of this order.

15  DATED:  April 3, 2008.

16  _____

17  U.S. MAGISTRATE JUDGE

18  2
    arme1838.46&v

2