IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS LORENZO ARMENTERO,

        Plaintiff,                      No. CIV S-06-1838 GEB KJM P

   vs.

C. LEVAN, et al.,

        Defendants.               ORDER

                                     /

        Plaintiff has filed his second request for an extension of time to file and serve an opposition to defendants' January 7, 2008 motion for summary judgment. Good cause appearing, the request will be granted.

        IT IS HEREBY ORDERED that:

        1. Plaintiff's motion for an extension of time (docket no. 37) is granted; and

        2. The opposition filed on June 5, 2008 is deemed timely.

DATED: June 16, 2008.

_____
U.S. MAGISTRATE JUDGE

2/mp
arme1838.36sec