IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS LORENZO ARMENTERO,

    Plaintiff,                    No. CIV S-06-1838 GEB KJM P

    vs.

MATTHEW KRAMER, et al.,

    Defendants.          ORDER

_____/

        Plaintiff has filed a document explaining his difficulty in making copies of his objections to the findings and recommendations of August 28, 2008. The court construes this as a request for an extension of time. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's request for an extension of time (docket no. 43) is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file and serve his objections to this court's findings and recommendations.

DATED: October 6, 2008.

_____
U.S. MAGISTRATE JUDGE

2
arme1838.eot

1