IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS LORENZO ARMENTERO,

    Plaintiff,                    2:06-cv-1838-GEB-KJM-P

vs.

MATTHEW KRAMER, et al.,

    Defendants.              <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On September 3, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  On October 10, 2008, plaintiff filed a document (docket no. 45) which this court construes as objections to the findings and recommendations.  In addition, as part of a supplemental motion for summary judgment, defendants objected to the finding that plaintiff had exhausted his administrative remedies and that, as a result, defendant Taylor was not entitled to summary

judgment or to a dismissal of the action against her.  In addition, in this document defendants asked that the supplemental motion for summary judgment be deemed properly filed even though it was filed long after the date set in the scheduling order.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 3, 2008, are adopted in full;

2. Defendants' motion for summary judgment or summary adjudication (docket no. 26) is granted as to defendants Levan, Burchfield and Mineau but denied as to defendant Taylor; and

3. The supplemental motion for summary judgment filed September 16, 2008 is stricken, but defendant Taylor is granted thirty days from the date of this order in which to file a motion for summary judgment.  Plaintiff's opposition to this second motion for summary judgment is due thirty days after the filing of the motion.

Dated:  December 12, 2008

GARLAND E. BURRELL, JR.
United States District Judge

2