IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS LORENZO ARMENTERO,

      Plaintiff,                      No. CIV S-06-1838 GEB KJM P

    vs.

MATTHEW KRAMER, et al.,

      Defendants.            ORDER

_____/

        Plaintiff is a state prison inmate proceeding pro se with a civil rights action under 42 U.S.C. § 1983. On December 29, 2008, he filed a motion for judgment and sanctions, arguing that defendant Taylor had failed to comply with the court's order of December 12, 2008. In that order, however, defendant Taylor was given thirty days in which to file a motion for summary judgment; that motion was in fact filed on January 12, 2009.

        On February 17, 2009, plaintiff filed a motion for law library access, contending that he could not make copies of his opposition to the motion for summary judgment because he has not been given adequate time in the law library. The court will treat this as a motion for an extension of time.

/////

/////

1     IT IS THEREFORE ORDERED that:

2     1. Plaintiff's motion for judgment (docket no. 47) is denied; and

3     2. Plaintiff's motion for an extension of time (docket no. 49) is granted and
4 plaintiff is given an additional thirty days from the date of this order in which to file his
5 opposition to the motion for summary judgment. Defendant's reply, if any, is due twenty days
6 after the opposition is filed.

7 DATED: March 12, 2009.

                                            U.S. MAGISTRATE JUDGE

arme1838.ord