IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS LORENZO ARMENTERO,

     Plaintiff,                    No. CIV S-06-1838 GEB KJM P

    vs.

C. LEVAN, et al.,

     Defendants.         ORDER

                               /

        Plaintiff has requested an extension of time to file and serve objections to the July 24, 2009 findings and recommendations.   He has also filed a motion to schedule a jury trial.

        IT IS HEREBY ORDERED that:

        1. Plaintiff's motion for an extension of time (Docket No. 64) is granted;

        2. Plaintiff is granted thirty days from the date of this order in which to file and serve objections to the July 24, 2009 findings and recommendations.

        3. Plaintiff's motion for a jury trial (docket no. 62) is denied without prejudice until the final resolution of the pending motions for summary judgment.

DATED: August 21, 2009.

_____
U.S. MAGISTRATE JUDGE

2/mp arme1838.36